**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

KOITA MOHAMMED ALI,                 )
                                    )
                    Petitioner,     )
                                    )
-vs-                                )      NO. CIV-26-1305-HE
                                    )
FACILITY ADMINISTRATOR,             )
PRAIRIELAND DETENTION               )
CENTER, et al.,                     )
                                    )
                    Respondents.    )

## ORDER

On June 8, 2026, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation, recommending the court transfer this 28 U.S.C. § 2241 habeas corpus action to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1631.  The magistrate judge advised petitioner of his right to object to the Report and Recommendation not later than June 11, 2026, and further advised that failure to timely object to the Report and Recommendation waives the right to appellate review of the factual and legal issues addressed.

As of this date, petitioner has neither filed an objection to the Report and Recommendation nor requested additional time to file one.  With no timely objection, the court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation [Doc. #5] is **ADOPTED**.  This 28 U.S.C. § 2241 habeas corpus action is **TRANSFERRED** to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1631.

**IT IS SO ORDERED**.

Dated this 22nd day of June, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE